RECEIVED
IN MONROE, LA.
SEP 2 8 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**LAFREIDA HUDLESTON**          CIVIL ACTION NO. 11-1427

**VERSUS**          JUDGE ROBERT G. JAMES

**RIN TIN TIN, INC., &**          MAGISTRATE JUDGE HAYES
**DAPHNE HEREFORD**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED that defendant's Motion to Dismiss for Lack of Personal Jurisdiction [doc. # 4] be, and it is hereby, **GRANTED** and that Plaintiff's claims against defendant Daphne Hereford are hereby **DISMISSED**, without prejudice. Plaintiff's claims against Defendant Rin Tin Tin, Inc. remain pending for trial.

THUS DONE AND SIGNED this 26 day of September, 2011, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION